IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                              CASE NO. 4:10cr16-RH

**JEREMY DANIEL SNIPES,**

    **Defendant.**
_____/

## ORDER

This cause is before the court upon a letter received from Defendant's mother, Elise St. John. The letter was mailed directly to Chambers and copies were not sent to counsel for the United States or Defendant's counsel. It is an *ex parte* communication for that reason. Further, Defendant is represented by counsel. If Defendant's counsel wishes to seek relief based upon matters in the letter, counsel may do so, but I cannot act upon an *ex parte* letter.

Accordingly, it is **ORDERED** that the clerk shall docket and scan the letter and forward copies to Defendant's counsel and the Government. No action may be taken on the letter.

**DONE AND ORDERED** on June 9, 2010.

                                             S/ William C. Sherrill, Jr.
                                             **WILLIAM C. SHERRILL, JR.**
                                             **UNITED STATES MAGISTRATE JUDGE**